UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FELIX PEDRO ARANDA-MEJIA, ) | CASE NO. C05-0879-MJP-MAT |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER GRANTING MOTION TO |
| ) | TRANSFER TO NINTH CIRCUIT |
| ALBERTO R. GONZALES, et al., ) | COURT OF APPEALS AS PETITION |
| ) | FOR REVIEW |
| Respondents. ) | |
| _____) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Respondents' Motion to Transfer (Dkt. #5) is GRANTED. This Court is without jurisdiction to consider petitioner's challenge to his removal order. Accordingly, this case is hereby TRANSFERRED to the Ninth Circuit Court of Appeals as a Petition For Review pursuant to Section 106(c) of the REAL ID Act of 2005, Pub. L. No. 109-13, 119 Stat. 231.

(3) The Clerk is directed to TERMINATE this case and TRANSFER all pleadings and related documents to the Ninth Circuit Court of Appeals. The Clerk shall,

ORDER GRANTING MOTION TO TRANSFER
PAGE -1

however, retain a copy of the Court's electronic file. The Clerk is further directed to send copies of this Order to all counsel of record, and to Judge Theiler.

DATED this 22nd day of June, 2005.

*[signature]*

Marsha J. Pechman
United States District Judge